## File Hashes for IP Address 173.2.35.204

**ISP:** Optimum Online
**Physical Location:** Basking Ridge, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/15/2014 00:14:01 | 3450E5CCB3AAABD0D975E9E3CEDA726BAC93B85F | Summertime |
| 11/08/2014 06:00:42 | 972102A9DEDC642D254C1406CFF00A0F380735F2 | Exposed And Aroused |
| 11/01/2014 01:26:12 | 8CC67166A1E7B64E819E8C619E68AA033A7FF920 | Dripping Desires |
| 10/31/2014 23:13:08 | B941BA4A4C0BEBE342DB610CEC84E9F41079D083 | Call Me Fox |
| 10/31/2014 22:32:15 | B42A8890816007645B0AC48D159527F566088A63 | One Show For Each |
| 10/31/2014 04:29:26 | 875F33E09836AA2B5737B680A884B25C8B0F7C3D | A Cloudy Hot Day |
| 10/31/2014 04:22:09 | 5EA3AB53DA80A397D3A5657B4F9C122125946CA6 | Spanish Heat |
| 10/31/2014 03:54:03 | C6407113AA7F84ECB71E9DF1ADFA964B67389C8A | Instant Erotica |
| 10/25/2014 20:02:34 | 493E293C93DDA94C8E24277461BC21886649D28F | Pretty Pink |
| 10/25/2014 19:54:16 | 4753173AC94F048C581A43D1C210DE3EBBC86D47 | Fucking Goddesses |
| 10/25/2014 19:46:24 | 24E8CC7FC502ECCBB58EF131FB24AC374DCFBF4D | Kacey Jordan Does Xart |
| 10/12/2014 04:43:23 | D327F316DFD3ABFB66467EAFCE8926020D4864D1 | Queen of Hearts |
| 10/12/2014 04:16:47 | AF2802EBFF3F092322D127FD024E0BE7F9E97746 | Serving Seduction |
| 09/27/2014 04:37:15 | DFB5C374BA1477FC0A823AE60A5EC9DB40214939 | Sparks |
| 09/27/2014 04:32:40 | 574EDC8F0863EA6A63ECC4A82C6298F1B1AE9ECF | Cum On The Floor |
| 09/21/2014 05:16:03 | D3D80DED7ACC085AD7810F508661B42E737B1F7A | Four Ways |
| 09/21/2014 05:12:47 | F219287698AEC6F0DD9565AB9BF366ACE5C61D21 | Shes Not Alone |
| 09/19/2014 22:28:29 | 03FE0D296CD04104EDCD769B1198DBDA17A165A6 | Paint Me White |
| 09/19/2014 22:18:37 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 09/19/2014 21:50:10 | 45C02CB6EEC28B6DD50042EB6B02310E79E3041B | Smarty Pants |
| 09/07/2014 02:21:01 | 23480B8CA23A12AB7800562AB1E1EA857F083C2B | Shes A Spinner |
| 09/07/2014 02:12:24 | FD315DC93FD9CCEB6FA06547E198CE7A10180466 | Thunderstorm Love |

EXHIBIT A

CNJ229

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/07/2014 01:32:57 | 3D03F96A8D947928CACB669C7ED7EED03EEC4017 | A Dream Of You |
| 09/07/2014 01:26:27 | D253C4E487EE12CEDB6FE3F85CEB30C87C96C03A | Pretty Bad Girl |
| 09/07/2014 00:59:56 | 2CE3BB95DD14D5574CE295675768B0071C2FBE8C | Angelica means Angel |
| 09/06/2014 15:07:42 | EE5751C444EAAB90A2BC081C0CF01573037D157A | Tiffanys Tight Ass |
| 09/03/2014 01:21:52 | ACF44982225D3E095DF59846C87BCD6D5238B473 | Bedtime Hijinks |
| 08/13/2014 04:13:56 | 14A3EE831306BCBA82093E7FA9C34F02AF3B17C1 | In the Blind |
| 08/13/2014 03:05:45 | 295B6E7B9A831F3FA2A39D17D95576A594680A17 | Black On White |
| 08/02/2014 03:34:29 | 147121023651FE1088FF3A14F332EEF4A4371B89 | Highrise Rendezvous |
| 08/02/2014 03:21:30 | 10F7CDF3931A26C5713D470D8851AE0D77E7D2D8 | Listen To Me Cum |
| 08/02/2014 03:19:51 | E5BED3CA234C462715A65F37E6D2D9E0487F7778 | In The Dark |
| 07/30/2014 04:20:03 | 0820935492A638F06D030364765FB2AFA2E4D032 | Precious Metal |
| 07/22/2014 04:50:35 | FF7879DAE5A9316628DF397878EDDB2CBF27DC2A | Rock Me Baby |
| 07/19/2014 04:42:47 | 598C8A87502A1D292FCBB2DDD7542635DE40426D | Summertime Lunch |
| 07/19/2014 02:43:19 | 42515F9D37EA23D9724D06E353718247DFC7BCD0 | A Thought Of You |
| 07/19/2014 02:37:22 | 72662080E81D30094CD1A5D50D0210F8E79264F8 | Fireside Fantasy |
| 07/19/2014 02:34:56 | 57AEE5B4D81FDD1CF1EEC1D6CF02C3CA4C6B2FA1 | Yours Forever |
| 07/05/2014 05:56:16 | 1C1D9957BFC961FB22956F47F4717E73C22F2061 | Give Me More Part 2 |
| 07/05/2014 05:33:05 | 39B86A0A5D2B5B50884A61166005B492BB810C3C | Dancing Romance |
| 06/28/2014 04:44:50 | CA0882920C0B67C717D12240EC254EE8E76C3E22 | Come Close |
| 06/20/2014 03:06:23 | 5B83B38FA12883ECA587CB847999F12024C6CA46 | Give Me More |
| 06/20/2014 02:49:37 | AE4EC980698ECB0BF4BE0E007B56E572E46B9C95 | Sex With Glasses |
| 06/18/2014 03:39:21 | 0FCEDB23ABE77235FF58D3EEF9B4A2C9088D2CB6 | Go Down On Me |
| 06/09/2014 03:26:25 | E3D54D4BDE00BB55084D1995F3298C8CE2D29AA5 | Meet My Lover From Austria |
| 06/02/2014 04:06:41 | 0F1AABD98301728B96B4658F8DE040DFD0B8A7BB | Epic Love |
| 05/30/2014 03:15:46 | 202B365DF76D3D1D8785A299E3EADD600A5939B6 | Two By Two |

EXHIBIT A

CNJ229

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/30/2014 02:45:08 | FE90226C7174F9984D13348C2BAA5C7C4320AD6B | Just Watch Part 2 |
| 05/17/2014 01:18:12 | 1CF57F06AA2933B642E4841F82DFD1CBD3DF2511 | Knock On My Door |
| 05/09/2014 03:33:01 | 4D21DCBFA6926B666893765C9D802A9F4455C2DF | Brazilian Love Affair |
| 04/28/2014 00:27:15 | 44131D86A62A78F8D7DECA16221D132EE5596BEA | Emilie is All Alone |
| 04/27/2014 20:00:29 | 81F2B066FAD36E589E326DD908EAAF68621FE290 | Lovely Lovers |
| 04/27/2014 19:46:43 | 23373F3D00805D5DFA2B74D1325727315655A21A | Remembering Strawberry Wine |
| 04/25/2014 01:42:28 | BE2D09AE1DC2F35A97C60990890B4C708F4C796B | I Want You To Watch Me |
| 04/10/2014 04:26:16 | 8A021A7F1D94775F475D249B5ACDE23E3F269422 | Pink Perfection |
| 04/10/2014 03:58:18 | F803577A99373A905BE1AD84BE06C660945423DA | Floating Emotions |
| 04/09/2014 04:30:31 | 3C0093CF04C0AD5C9E74F48D2137D58203C9E3FB | My Days in Rome |
| 03/28/2014 02:21:44 | 240CC731831F13731AC682D4C968DA589B87DF01 | All About Anna |
| 03/28/2014 01:35:25 | 93DDD61D818D96D060215DB4387A314DA7C3BDB7 | Insanely Gorgeous |
| 03/27/2014 05:22:25 | 33349B11BD5426F03BF5D6CB1A4B40E6568C3E8B | Sweet Surrender |
| 03/22/2014 03:33:26 | 65E7F4F0559191FC09B4D95A91E54F6ED6004005 | All Oiled Up |
| 03/22/2014 03:16:43 | 428F4C740454CB550EBF45D76D19FB955AF4E033 | Fascination With My Body |
| 03/22/2014 03:12:22 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 03/12/2014 03:19:23 | 2B97823241067C73A7ACB9E1DBE1561F5E74F854 | Sweet Dreamers |
| 03/12/2014 03:17:17 | 10D6AF157FFFA55B56ABE19767236AC502424410 | Making Music |
| 03/07/2014 03:07:58 | 70E941570E2C92A52C8660BF6170E0A67963CB3A | Trophy Wife |
| 03/07/2014 02:59:03 | 05C50A169485AE18B5A642FCD67C66DCA86DD2F0 | Brilliant Jillian |
| 03/02/2014 07:18:10 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 03/02/2014 06:57:45 | 682575B3B625CA6B47485CCA605C404ABE372B72 | I Am In the Mood |
| 03/02/2014 06:55:01 | 1DDAD1A7BE3BA74A1EF1E43F91098182773A237B | Morning Meditation |
| 02/07/2014 03:33:07 | A280B5E9142B527BF6F248066AF3C21703CC74CC | Three Way is the Best Way |
| 02/07/2014 03:22:28 | 95D67E677F85D284CBF6805B154972C2571F0F7B | Risky Business |

EXHIBIT A

CNJ229

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/31/2014 04:32:36 | 9FFB8F87830E308D8FF943CC4D2023975AF5C55F | Get Wild at Home |
| 01/31/2014 03:28:29 | 285A181081E669B1565C8ADB7448F4C5DC89E576 | I Can Not Wait |
| 01/31/2014 02:22:36 | 85B4FEC313AF55568EFCDC1AF3C27172B5FD8FA0 | A Little Time For Myself |
| 01/31/2014 01:59:55 | 38ECCB355CAFAD15E7C8BA01B70DC5EEE94F183C | Mile High Club |
| 01/31/2014 01:35:32 | 30142D142231B1F2C1F9A593FAE94A06397C794D | They Only Look Innocent |
| 01/17/2014 03:00:07 | C5F7CFA8BEA5DD707C8015BC46E52D5A57C86637 | Playing Dress Up |
| 01/17/2014 02:40:50 | 2FE2DE9CD696879FF73E82A007CCE73A02BA6ADC | Getting Ready For You |
| 01/16/2014 02:52:04 | 645D812AAD1952E2A0058C1E8DED1C2EC337596D | I Will See You In The Morning |

**Total Statutory Claims Against Defendant: 80**

EXHIBIT A

CNJ229