Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 173.2.35.204,<br><br>　　　　　　　Defendant. | Civil Action No. 3:15-cv-00015-MLC-DEA |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 173.2.35.204.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

　　　Dated:  March 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

                                    By:    /s/ *Patrick J. Cerillo*
                                    Patrick J. Cerillo
                                    pjcerillolaw@comcast.net
                                    4 Walter Foran Blvd.
                                    Suite 402
                                    Flemington, NJ 08822
                                    Attorney ID No.:  01481-1980
                                    Telephone:  (908) 284-0997
                                    Facsimile:  (908) 284-0915
                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                    By:  /s/ *Patrick J. Cerillo*_____
                                    Patrick J. Cerillo, Esq.